**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-6482**

JAMES D. PRIDGEN,

Petitioner - Appellant,

v.

J. ANDREWS, Warden,

Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:15-hc-02300-BO)

Submitted:  May 28, 2021                          Decided:  June 24, 2021

Before WYNN, FLOYD, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James D. Pridgen, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James D. Pridgen, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 petition in which he challenged the execution of his sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Pridgen v. Andrews*, No. 5:15-hc-02300-BO (E.D.N.C. Mar. 15, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*